UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAKERRIN OLAJUWON DILLON | CIVIL ACTION |
| VERSUS | NO. 21-1824 |
| LAFOURCHE PARISH, ET AL. | SECTION: "J"(3) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and, finding that as of this date no objections to the Magistrate Judge's Report and Recommendation have been filed, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (Rec. Doc. 4) is **APPROVED AND ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that Plaintiff Shakerrin Olajuwon Dillon's complaint is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 10th day of February, 2022.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE